

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### *Richmond Division*

CHARLES JOSHUA WOOD,     )
                      )
                      )
v.                         )     Civil Action No. 3:14cv136
                      )
                      )
JOHN A. WOODSON, Warden     )

## AMENDED PETITION FOR RELIEF PURSUANT TO 28 U.S.C. § 2254

Comes now the Petitioner, Joshua Wood, by counsel, and submits his Amended Petition for Relief Pursuant to 28 U.S.C. § 2254. Petitioner Wood previously filed his § 2254 Petition with this Court, relying on the signature of his retained counsel Amy L. Austin. This Court entered an Order directing Petitioner Wood to file an Amended Petition that complied with Rule 2(c)(5) of the Rules Governing § 2254 Cases in U.S. District Courts. Accordingly, Petitioner Wood submits this Amended Petition that bears his signature on page 15 of the Petition.

Dated:    March 19, 2014

Respectfully submitted,

Amy L. Austin, Esquire
Counsel for Petitioner Wood
VSB # 46579
The Law Office of Amy L. Austin, PLLC
101 Shockoe Slip, Suite O
Richmond, VA  23219
804.343.1900 ph
804.343.1901 fax
amyaustinlawyer@gmail.com

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | (Eastern)/Western (circle one) District of Virginia |
|---|---|
| Name (under which you were convicted):<br>Charles Joshua Wood | Docket or Case No.:<br>CR11F01097-01 |
| Place of Confinement:<br>Augusta Correctional Center | Prisoner No.:<br>1446847 |
| Petitioner (include the name under which you were convicted)<br>Charles Joshua Wood   v. | Respondent (authorized person having custody of petitioner)<br>John A. Woodson, Warden |
| The Attorney General of the State of Virginia | Mark R. Herring |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
    Chesterfield Circuit Court, Chesterfield, VA
    23832-0057
    (b) Criminal docket or case number (if you know): CR11F01097-01

2.  (a) Date of the judgment of conviction (if you know): Nov. 14, 2011
    (b) Date of sentencing: Nov. 3, 2011

3.  Length of sentence: 19 years (40 yrs. w/ 21 yrs suspended)

4.  In this case, were you convicted on more than one count or of more than one crime? Yes ☐  No ☑

5.  Identify all crimes of which you were convicted and sentenced in this case: _____
    Object Sexual Penetration, Va Code § 18.2-67.2

6.  (a) What was your plea? (Check one)

    (1)   Not guilty ☐          (3)   Nolo contendere (no contest) ☐

    (2)   Guilty ☑              (4)   Insanity plea ☐

    (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or
    charge, what did you plead guilty to and what did you plead not guilty to?_____
    Guilty to Object Sexual Penetration

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    Jury ❑       Judge only ❑

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    Yes ❑  No ☑

8. Did you appeal from the judgment of conviction?

    Yes ❑  No ☑

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   Yes ❑  No ❑

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ❑  No ❑

If yes, answer the following:

(1) Docket or case number (if you know): _____

Page 4

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: *Circuit Court of Chesterfield County*

(2) Docket or case number (if you know): *041 CL 12 HC 2369 - 0*

(3) Date of filing (if you know): *Aug. 7, 2012*

(4) Nature of the proceeding: *Petition for Writ of Habeas Corpus*

(5) Grounds raised: _____

*1. Ineffective assistance of counsel based on attorney's failure to advise Wood of his legal right to appeal; failure to advise Wood as to whether his plea of guilty prevented post-trial motions and whether he had legal defenses that could be asserted at trial.*

*2. Woods constitutional rights were violated when the court refused his counsel's motion for a continuance.*

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☑ No ☐

(7) Result: *Denied*

(8) Date of result (if you know): *Feb. 5, 2013*

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ❑   No ❑

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

  (1) Name of court: _____

  (2) Docket or case number (if you know): _____

  (3) Date of filing (if you know): _____

  (4) Nature of the proceeding: _____

  (5) Grounds raised: _____

  _____

  _____

  _____

  _____

  _____

  _____

  _____

  _____

  (6) Did you receive a hearing where evidence was given on your petition, application, or motion?        Yes ❑ No ❑

  (7) Result: _____

  (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

  (1)  First petition:        Yes ☑   No ❑

  (2)  Second petition:     Yes ❑   No ❑

  (3)  Third petition:       Yes ❑   No ❑

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts and law</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: _See attached Memorandum of Law In Support_

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____
_____

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Writ of Habeas Corpus_

Name and location of the court where the motion or petition was filed: _Circuit Court of Chesterfield County, Virginia_

Docket or case number (if you know): __041 CL 12 HC 2369-0__

Date of the court's decision: __Feb. 5, 2013__

Result (attach a copy of the court's opinion or order, if available): __Denied__

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ☑   No ☐

(4) Did you appeal from the denial of your motion or petition?

    Yes ☑   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☑   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: __Supreme Court of Virginia__

Docket or case number (if you know): __Record # 130846 ; Circ. Ct. # CL12 HC -2369__

Date of the court's decision: __October 23, 2013__

Result (attach a copy of the court's opinion or order, if available): __Petition for Appeal__
__Refused__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies,
etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

GROUND TWO: __See attached Memorandum of Law__

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____

_____

_____

_____

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____
_____
_____

(c)  **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ☑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Same as Ground One_____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____
_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this

issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,

etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

GROUND THREE: _See attached Memorandum of Law_____

_____

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ☑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ☑   No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ Same as Ground One _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐   No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

GROUND FOUR: _See attached Memorandum of Law_

(a) Supporting facts and law (State the specific facts and law that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _See attached_
_Memorandum of Law_
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑   No ❑

    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____
_____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a
state trial court?        Yes ❑ No ❑

    (2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

    (3) Did you receive a hearing on your motion or petition?

        Yes ❑   No ❑

    (4) Did you appeal from the denial of your motion or petition?

        Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this
issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies,
etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest
state court having jurisdiction? Yes ☐  No ☑

If your answer is "No," state which grounds have not been so presented and give your
reason(s) for not presenting them: Grounds Four and Five. State
habeas counsel was ineffective — See attached Memorandum
of Law.

(b) Is there any ground in this petition that has not been presented in some state or federal
court? If so, which ground or grounds have not been presented, and state your reasons for not
presenting them: See 13(a).

_____

_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding
the conviction that you challenge in this petition?        Yes ☐  No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

_____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?     Yes ❏   No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _John Rockecharlie_____

(b) At arraignment and plea: _Michael Morchower_____

(c) At trial: _____

(d) At sentencing: _Michael Morchower_____

(e) On appeal: _N/A_____

(f) In any post-conviction proceeding: _Joseph Grove_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _Amy L. Austin____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?          Yes ❏   No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❑  No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* _Given the 30 days after the Nov 14, 2011 Judgment and the time during which the state habeas petition was pending in the Circuit Court and in the Supreme Court of Virginia, the one-year limitations period has not expired._

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in part that:

   (1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —
      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
      (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Vacate conviction and sentence.*

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on *March 10th 2014* (month, date, year).

Executed (signed) on *3-10-2014* (date).

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

\* \* \* \* \*